# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Regina Pangerl,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Peoria Unified School District,<br><br>　　　　　Defendant. | No. CV-14-00836-PHX-JJT<br><br>**ORDER** |

　　　IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed without further notice after August 21, 2014, unless before then Plaintiff has served Defendant with the Summons and Complaint and has filed with the Clerk of the Court proof thereof pursuant to Rule 4(*l*) or has shown good cause for the failure to timely serve.

　　　Dated this 23th day of July, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge