Regina M. Pangerl
12020 N. 35th Avenue, Suite 104
Phoenix, AZ 85029
(602) 942-6200  Phone
(602) 942-6211  Fax
regina@pangerllaw.com
*Plaintiff, Pro Se*



FILED ___ LODGED
RECEIVED ___ COPY

AUG 2 0 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Regina Pangerl, individually and on behalf of T.P., <br><br> Plaintiffs, <br><br> -against- <br><br> Peoria Unified School District, <br><br> Defendant. | Case No. CV-14-836-JJT <br><br><br> **NOTICE OF FILING CERTIFICATE OF SERVICE** |

    Plaintiffs hereby file the original Certificate regarding completed process of service upon the Defendant, in compliance with the Court's Order. The original Certificate is attached as Exhibit 1.

    RESPECTFULLY submitted this 20th day of August 2014,

                              _/s/ Regina M. Pangerl_
                                Regina M. Pangerl
                                *Plaintiff, Pro Se*

ORIGINAL filed with the
Clerk of the Court and a COPY
hand-delivered to the assigned
Judicial Division on this
20th day of August 2014

and a COPY mailed on this date to:

Peoria Unified School District
6330 W. Thunderbird Road
Glendale, Arizona 85306

and to

David D. Garner
Lewis Roca Rothgerber LLP
201 E. Washington
Suite 1200
Phoenix, AZ 85004
*Counsel for Defendant in Administrative Hearing*

By: _____

# EXHIBIT 1

**CERTIFICATE OF RUSH SERVICE BY
PROCESS BY PRIVATE PERSON**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
MARICOPA COUNTY, STATE OF AZ**

CV- 14 – 836 – PHX- JJT

REGINA PANGERL, individually and on behalf of T.P.

vs.

PEORIA UNIFIED SCHOOL DISTRICT

---

State of Arizona    ss.
County of Maricopa

The undersigned, being sworn, states: That I am a registered private process server in the county of Maricopa and an Officer of the Court.

On 8/18/2014, I received a **SUMMONS IN A CIVIL ACTION, ORDER and COMPLAINT** from Regina Pangerl and in each instance I, personally served a copy of each document listed above on those named below in the manner and at the time and place shown.

Upon: Peoria School District-Designated/authorized to accept a Dana Orta described as a white female, approximately 40 years old, blonde hair, 5'5, 140lbs. on 8/18/2014 at 2:21pm at Peoria District Office located at 6330 W Thunderbird Rd Glendale, AZ 85306

I declare under penalty of perjury the foregoing is true and correct.

Signed and dated 8/18/2014

K. Garcia #7565

Cost of Service: $65.00