# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Regina Pangerl,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Peoria Unified School District,<br><br>　　　　　Defendant. | No. CV-14-00836-PHX-JJT<br><br>**ORDER** |

　　　This matter having recently come before this court,

　　　IT IS ORDERED that a motion pursuant to Fed. R. Civ. P. 12(b) is discouraged if the defect that would be the subject of the motion can be cured by filing an amended pleading. Therefore, the parties must meet and confer prior to the filing of a motion to dismiss to determine whether it can be avoided. Consequently, motions to dismiss must be accompanied by a notice of certification of conferral, indicating that the parties have conferred to determine whether an amendment could cure a deficient pleading, and have been unable to agree that the pleading is curable by a permissible amendment. In addition, parties shall endeavor not to oppose motions to amend that are filed prior to the Rule 16 Scheduling Conference or within the time set for the Rule 16 Case Management Order. Motions to dismiss that do not contain the required certification are subject to striking on the Court's own motion.

//

//

//

1       IT IS FURTHER ORDERED that plaintiff shall serve a copy of this order on defendants.

      Dated this 21st day of August, 2014.

*John J. Tuchi*
United States District Judge