# UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

Erin H. Walz – #023853
ehw@udallshumway.com
R. Scott Currey - #013197
rsc@udallshumway.com
Attorneys for Peoria Unified School District #11

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Regina Pangerl, individually and on behalf of T.P., <br><br> Plaintiffs, <br> v. <br><br> Peoria Unified School District #11, <br><br> Defendant. | No. CV14-0836-PHX-JJT <br><br> **NOTICE OF APPEARANCE** |

Defendant PEORIA UNIFIED SCHOOL DISTRICT #11 ("District") hereby gives notice that Erin H. Walz and R. Scott Currey of UDALL SHUMWAY, PLC will be representing the District in connection with the above entitled action.

DATED: this 8th day of September, 2014

UDALL SHUMWAY, P.L.C.

By: /s/
Erin H. Walz
R. Scott Currey
1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
Attorneys for Peoria Unified School District #11

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8th, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system, which will send notification of such filing to all parties of record.

By: *[signature]*

4160199.1 / September 5, 2014
106766.1

2