IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Regina Pangerl, individually and on behalf of T.P.,

Plaintiff(s)/Petitioner(s),

vs.

Peoria Unified School District,

Defendant(s)/Respondent(s)

CV-14-00836-PHX-JJT

CASE NO: 2:14-00836

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ___ LODGED
RECEIVED ___ COPY
SEP 25 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**NOTICE: $35.00 APPLICATION FEE REQUIRED!**

I, Howard Seth Peck (Keith), hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of Regina Pangerl and T.P.

City and State of Principal Residence: Honolulu, Hawaii
Firm Name: Keith H.S. Peck
Address: 3360 Kamaaina Place     Suite: _____
City: Honolulu     State: HI     Zip: 96817
Firm/Business Phone: (808) 384-7325
Firm Fax Phone: (808) 595-7146     E-mail Address: LawCenterhawaii@aol.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. Court of Federal Claims | 6/2012 | ☒ Yes ☐ No* |
| USDC of Hawaii | 6/1998 | ☒ Yes ☐ No* |
| All Courts in State of Hawaii | 5/1997 | ☒ Yes ☐ No* |
| All Courts in State of Wisconsin | 5/1996 | ☒ No |
| U.S. Court of Appeals 9th Circuit | 11/2012 | ☒ Yes |

(An **O**riginal Certificate of **G**ood Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary): N.A.

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? ☐ Yes ☒ No
Have you ever been disbarred from practice in any Court? ☐ Yes ☒ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

9/13/2014
Date

Signature of Applicant

Fee Receipt # phk 156680

(Rev. 04/12)

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

## CERTIFICATE OF GOOD STANDING

I, SUE BEITIA, Clerk of the United States District Court for the District of Hawaii do hereby certify that   Keith Howard Seth Peck   was duly admitted to practice in this Court on June 25, 1998 and is in good standing as a member of the Bar of this Court.

Dated at Honolulu, Hawaii on September 11, 2014.



Sue Beitia, Clerk

By _____
           Deputy Clerk

**Keith H.S. Peck**
**3360 Kamaaina Place**
**Honolulu, HI  96817**
**(808) 384-7325**

**RE;    Application to practice Pro Hac Vice; on behalf of Regina Pangerl and child.**

With regard to my admission in the State of Wisconsin, I discovered, while collecting information for this application, that I have been suspended from the practice of law in Wisconsin since 2001, for non-payment of bar association dues. I had gone on inactive status, and apparently forgot, neglected or assumed that there was no requirement to pay dues to the bar association in the situation. I cannot remember why I stopped paying.

I was admitted to practice in Wisconsin upon graduation due to the diploma privilege for graduating from an accredited law school in the state. I immediately relocated to Hawaii where I took the bar exam and started practicing in 1997. I had no intention of practicing in Wisconsin at some point thereafter.

According to a letter (enclosure with this application) it will take about 4 to 5 months to seek reinstatement. I practice a niche area of the law for which few attorneys focus. I was contacted by several families with disabled children fighting for their rights under the Individuals with Disabilities Education Act ("IDEA"). They were looking for help in their cases. I was told by one family that they had paid over $71,000.00 to an attorney who took their case as his first. He lost and upon review of the Complaint I was of the opinion that the case was poorly raised. I have been working in the field of special education law since law school and take my cases on a hourly-basis on contingency. I will not get paid if I lose and I will seek payment from Defendant if I win, under a fee shifting statute.

In this particular action I seek to work on, the administrative law judge ruled against the client based upon his interpretation of case law I made at the Ninth Circuit Court of Appeal in 2013, but completely reversed the logic of the holding. Ms. Pangerl, my client if I am admitted,  is an attorney in good standing in the State of Arizona, but inexperienced in federal court practices and special education law. I am seeking to come in Pro Hac Vice in a few cases(2 at this Court and 2 at the administrative level) so that I can mentor local attorneys in this area of law and, in so doing, help a few families without other prospects for affordable or experienced representation.

Thank you for your consideration of this application.

Keith Peck



# Supreme Court of Wisconsin

**OFFICE OF THE CLERK**
110 E. MAIN STREET, SUITE 215
P.O. BOX 1688
MADISON, WISCONSIN 53701-1688

Telephone (608) 266-1880
TTY Users: Call WI TRS at 1-800-947-3529; request (608) 266-1880
Fax (608) 267-0640
Web Site: www.wicourts.gov

Shirley S. Abrahamson
Chief Justice

Diane M. Fremgen
Clerk of Supreme Court

September 17, 2014

You have contacted the Supreme Court to obtain information regarding the process for filing a petition for reinstatement. Attorneys who have been suspended for more than 3 years for either non-payment of State Bar dues or non-compliance with CLE requirements must file a petition for reinstatement to restore their good standing as a member of the State Bar.

There is no form to fill out; the petition for reinstatement is a document that you must draft. Supreme Court Rule 22.29 will provide information as to the content of a standard petition. The Supreme Court Rules are available on our website: www.wicourts.gov

The original petition and 8 copies must be filed with the Supreme Court Clerk's office. Our mailing address is listed below. You must also serve a copy of the petition on the Board of Bar Examiners (BBE) and the Office of Lawyer Regulation (OLR). Once you have served your petition on them, someone from their office should contact you as to their requirements and fees.

Please be advised that pursuant to SCR 10.03(6m)(b), BBE and OLR must report their recommendations to the Supreme Court within 90 days after service of the petition. Therefore, the individual attorney must complete their make-up CLE credits and/or pay the required fees within that time in order to receive a positive recommendation from each board.

The time to complete the reinstatement process varies. The complexity of the case, the Court's caseload and the amount of time it takes the attorney to complete CLE classes, questionnaires and make dues payments will affect the time to reinstatement. On average a petition may take approximately 4-5 months.

Here are the addresses and phone numbers that you will need:

Supreme Court Clerk's Office
110 E. Main St., STE 215
Madison, WI  53703

Board of Bar Examiners
110 E. Main St., STE 715
Madison, WI  53703
Phone number (608) 266-9760

Office of Lawyer Regulation
110 E. Main St., STE 315
Madison, WI 53703
Phone number (608) 267-7274
Toll free: (877) 315-6941

    If you have any further questions, please do not hesitate to contact me at my direct line listed below.

        Thank you.

        Diane M. Fremgen
        Clerk of the Supreme Court
        (608) 261-4300