AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Regina Pangerl, individually and on behalf of T.P. ) <br> *Plaintiff* ) <br> v. ) <br> Peoria Unified School District ) <br> *Defendant* ) | Case No.   2:14-cv-836-JJT |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                               .

Date:   01/01/2015

*Attorney's signature*

Robert C Thurston (Pro Hac Vice)
*Printed name and bar number*

Thurston Law Offices LLC
1106 Whitehall Drive
Doylestown, PA 18901-5824

*Address*

rthurston@schoolkidslawyer.com
*E-mail address*

(267) 209-0783
*Telephone number*

*FAX number*