NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Regina Pangerl,<br><br>    Plaintiff,<br><br>v.<br><br>Peoria Unified School District,<br><br>    Defendant. | No. CV-14-00836-PHX-JJT<br><br>**ORDER** |

At issue is Counsel for Plaintiff Keith H.S. Peck's Motion for Leave to Withdraw as Counsel (Doc. 23), and upon review of the record,

IT IS HEREBY ORDERED granting said Motion.

IT IS FURTHER ORDERED that Keith H.S. Peck is terminated as counsel of record for Plaintiff.

Dated this 5th day of January, 2015.

Honorable John J. Tuchi
United States District Judge