NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Regina Pangerl, | No. CV-14-00836-PHX-JJT |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, | |
| Defendant. | |

At issue is Defendant's Motion for Extension of Time to File Response to Plaintiff's Motion in Limine and Motion to Supplement the Record (First Request) (Doc. 45), and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion is granted in part.

IT IS FURTHER ORDERED extending the dates from the February 10, 2015 Order (Doc. 36) 40 days from their original deadline as follows:

| Description | Original Date | Extended Date |
|---|---|---|
| Defendant's Responses to Motions in Limine and Motion to Supplement | 5/15/2015 | 6/24/15 |
| Simultaneous Briefing by Parties on the Merits | 8/14/2015 | 9/23/15 |
| Responses | 9/4/2015 | 10/14/15 |

Dated this 6th day of May, 2015.

Honorable John J. Tuchi
United States District Judge